**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                             Criminal No. 06-cr-161-01-JD

<u>Eugene Williams</u>

**O R D E R**

Mr. Williams' new petition for bail is denied. While he has a fiancé of eight months and has indicated a willingness to work at "Labor Ready" that is not enough. This is a narcotics charge with strong evidence. He has a substantial criminal record. He denies he is on parole but his records suggest otherwise. He has led a nomadic life and his last employment was for two weeks.

The motion is denied.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: December 19, 2006

cc:    Jennifer C. Davis, Esq.
       Richard F. Monteith, Jr., Esq.
       U.S. Marshal
       U.S. Probation