UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 06-cr-161-01-JD

<u>Eugene Williams</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               <u>/s/ Joseph A. DiClerico, Jr.</u>
               Joseph A. DiClerico, Jr.
               United States District Judge

Date:  February 20, 2007


cc: Richard Foley, Esq.
   Jennifer Davis, Esq.
   U.S. Marshal
   U.S. Probation