UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 06-cr-161-01-JD

<u>Eugene Williams</u>


<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.


             <u>/s/ Joseph A. DiClerico, Jr.</u>
             Joseph A. DiClerico, Jr.
             United States District Judge

Date:  June 18, 2007


cc: Richard Foley, Esq.
   Jennifer Davis, Esq.
   U.S. Marshal
   U.S. Probation