UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 06-cr-161-01-JD

<u>Eugene Williams</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            <u>/s/Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  August 8, 2007


cc:  Richard Foley, Esq.
     Jennifer Davis, AUSA
     U.S. Marshal
     U.S. Probation