UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                Criminal No. 06-cr-161-JD

<u>Eugene Williams</u>

<u>O R D E R</u>

    The defendant was scheduled to enter a plea on this date. Defense counsel informed the court that the defendant stated to him that he was feeling disoriented. The court questioned the defendant about his current mental state and although the defendant wished to proceed with the plea, the court is concerned about his competency to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

    The defendant is currently taking several medications which may have an effect on his competency, depending on whether or not they should be administered to him or are being administered to him properly.

    Counsel for the defendant has requested an order pursuant to 18 U.S.C. § 4241 directing that the defendant undergo a psychiatric or psychological evaluation to determine his mental competency to stand trial. The government has assented to this request.

    The defendant is committed to the custody of the Attorney General for placement in a suitable facility for the purpose of an examination pursuant to 18 U.S.C. § 4241, for a period not to

exceed thirty days, to determine his mental competency to stand trial.

A report of the examination shall be filed with the court, with copies provided to the government and defense counsel, in accordance with the provisions of 18 U.S.C. § 4247(c).


SO ORDERED.

                                       ␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣
                                       Joseph A. DiClerico, Jr.
                                       District Judge

August 16, 2007

cc:  Jennifer C. Davis, Esquire
     Richard N. Foley, Esquire
     Richard F. Monteith, Jr., Esquire
     U.S. Probation
     U.S. Marshal