```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                        Criminal No. 06-cr-161-01-JD

Eugene Williams

O R D E R

    The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           /s/ Joseph A. DiClerico, Jr.
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

Date: October 9, 2007

cc:  Richard Foley, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation