UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 06-cr-161-01-JD

<u>Eugene Williams</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 33) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>/s/ Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  December 11, 2007


cc:  John Pendleton, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation